FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 22 PM 4:59

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR 252 |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| MICHAEL A. SMITH, | ) | [ 18 U.S.C. § 39A] |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

On or about July 11, 2012, in the District of Nebraska, the defendant, MICHAEL A. SMITH, did knowingly and willfully aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
Assistant U.S. Attorney