IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR252 |
| vs. | ORDER |
| MICHAEL A. SMITH, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue violation of supervised release hearing (filing 163) is granted.

2. Defendant Michael A. Smith's violation of supervised release hearing is continued to March 16, 2017, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of January, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge